IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CR-2-10-095(1) |
| | : | JUDGE SARGUS |
| v. | : | |
| | : | |
| ADAM JEROME KENNEDY, | : | |
| | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on September 24, 2010, this Court entered a Preliminary Order of Forfeiture, ordering the above-named Defendant Adam Jerome Kenney to forfeit to the United States the Defendant's interest in the property described herein pursuant to 21 U.S.C. §853(a)(1) and (2) and 18 U.S.C. §924(d)(1);

WHEREAS, the United States published notification of the Court's Preliminary Order of Forfeiture on the government's internet site www.forfeiture.gov for 30 consecutive days beginning on June 16, 2011. Said published notices advised all third parties of their right to petition the court within sixty (60) days of the final publication date for a hearing to adjudicate the validity of their alleged interest in the forfeited property. Furthermore, the United States sent direct written notice of this action to all potential parties of interest (Doc. 121.);

WHEREAS, the petitions filed in this action have been resolved and the time for the filing of such petitions has

expired.

WHEREAS, the Court finds that Defendant Adam Jerome Kennedy had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. §853(a)(1) and (2) and 18 U.S.C. §242(d)(1) for violations of 18 U.S.C. §922(g)(1), 18 U.S.C. §924(a)(2), 21 U.S.C. §841(a)(1) and 21 U.S.C. §846;

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

1. That all right, title and interest in and to the hereinafter described property be and is hereby **FORFEITED** to the United States of America, said property being described as:

- **(A)** Three Thousand One Hundred Thirty-Three and 80/100 Dollars ($3,133.80) in United States Currency;

- **(B)** Nine Thousand Eight Hundred One and 00/100 Dollars ($9,801.00) in United States Currency; and,

- **(C)** One Thousand Six Hundred Eighty-Five and 50/100 Dollars ($1,685.50) in United States Currency.

- **(D)** A Smith and Wesson, Model 6906, 9mm caliber pistol, serial number TCK9669;

- **(E)** A Smith & Wesson, Model SW40V, .40 caliber pistol, serial number PAW0601;

- **(F)** A Ruger, Model Mini-14, .223 caliber rifle, serial number 184-83515;

- **(G)** Seventy-Six (76) rounds of assorted .223 caliber ammunition;

- **(H)** Twenty-Six (26) rounds of assorted .40 caliber ammunition; and,

2

(I) Ten (10) rounds of assorted 9mm ammunition.

(J) A 2008 Suzuki 1300 GSX, VIN JS1GX72A882106666, Ohio license #01PNU.

2. That the United States Marshals Service, Bureau of Alcohol, Tobacco, Firearms, and Explosives, and/or the designated agent for the Internal Revenue Service shall dispose of the property according to law.

3. That any and all claims and interests in and to the above described forfeited property are forever barred and no right, title or interest in the forfeited property shall exist in any other person or entity, and the United States of America shall have clear title to said property and may warrant good title thereto.

ORDERED this 4th day of January, 2011.

_____
HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

CARTER M. STEWART
United States Attorney


s/Kevin W. Kelley
_____
KEVIN W. KELLEY (0042406)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-6895